FLORENCE FERRENTINO et al., Respondents, v. FARRAGUT GARDENS NO. 5 INC., Appellant, et al., Defendant.—

Christ, P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.